SAM BRUNO, Appellant, *v.* ROCKWELL'S BAKERY, INC., Respondent.

Argued January 7, 1943; decided February 25, 1943.

*Louis E. Schwartz, Irving Hoffman* and *Hyman Sommer* for appellant.

*Charles F. Bachmann, Thomas F. Keane, George A. Kuittinen* and *John P. Smith* for respondent.

Judgments reversed and a new trial granted with costs to the appellant to abide the event on the ground that questions of fact were presented by the record both as to defendant's negligence and as to plaintiff's freedom from contributory negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.